# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* | : | CIVIL ACTION |
| HERBERT J. NEVYAS, M.D., and | : | |
| ANITA NEVYAS-WALLACE, M.D. | : | |
| | : | |
| v. | : | |
| | : | NO. 09-432 |
| ALLERGAN, INC. | : | |

## ORDER

**AND NOW,** this 2nd day of July 2015, upon consideration of the Defendant's Motion to Certify this Court's May 26, 2015 Order for Interlocutory Review (ECF Doc. No. 102) and Relators' Opposition (ECF Doc. No. 104), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** Defendant's Motion to Certify for Interlocutory Review is **DENIED.**

KEARNEY, J.