IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* HERBERT J. NEVYAS, M.D., and ANITA NEVYAS-WALLACE, M.D. | : : : : | CIVIL ACTION |
| v. | : : | NO. 09-432 |
| ALLERGAN, INC. | : | |

### ORDER

**AND NOW**, this 27th day of June 2017, upon consideration of the parties' Request for Dismissal (ECF Doc. No. 151), it is **ORDERED**:

1. We **DISMISS this action with prejudice to the Relators** for all claims under agreement of counsel and Federal Rule of Civil Procedure 41(a)(2);

2. We **DISMISS this action with prejudice to the United States and Plaintiff States** for all claims released by the United States and the Plaintiff States under agreement of counsel and Federal Rule of Civil Procedure 41(a)(2);

3. We **DISMISS this action without prejudice** to the United States and the Plaintiff States for claims in this action not specifically released by the United States and the Plaintiff States in the parties' Settlement Agreements;

4. We **cancel** the June 28, 2017 Telephone Conference (ECF Doc. No. 149); and,

5. The Clerk of Court shall mark this action **CLOSED.**

_____
KEARNEY, J.